

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00171-CV

## IN THE INTEREST OF Z.M.K.K., A CHILD

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-A201700039**

## MEMORANDUM OPINION

This is an accelerated appeal from the trial court's order terminating Appellant's parental rights to her daughter Z.M.K.K. as part of a private termination and adoption suit. The Clerk of this Court notified the parties in a January 26, 2023 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed March 1, 2023
[CV06]

